UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:08CR00133 ERW |
| | ) | |
| RONALD L. NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 28, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to the Indictment and his signed Stipulation of Facts Relative to Sentencing wherein the defendant agreed to the forfeiture of the specified assets as outlined the Superseding Indictment and is subject to forfeiture;

AND WHEREAS, on August 20, August 27, and September 3, 2008, the United States published in newspapers of general circulation, to wit:  The St. Louis Daily Record and the St. Louis Countian, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property,

AND WHEREAS, beginning on August 12, 2008, the United States posted notification on a official government internet (www.forfeiture.gov ) for at least 30 consecutive days, and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited as to all parties and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law, as follows:

(3)  $8,875.89 in United States currency;

(4)  $68,505.00 in United States currency;

(5)  $1,441.13 in United States currency;

(7)  1999 Mercedes Benz, VIN WDBLK65GXXT011448;

2. The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this 15th day of October, 2008

E. RICHARD WEBBER  
UNITED STATES DISTRICT JUDGE